IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRED COLE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:05CV479HSO-JMR |
| | § | |
| **NOBLE DRILLING CORPORATION** | § | **DEFENDANT** |
| | § | |

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Noble Drilling Corporation. The Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, Defendant's Rebuttal, the pleadings on file and the relevant legal authority, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case against the Defendant is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 28th day of August, 2007.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE